■ In the Matter of the Estate of JOHN E. LOVELOCK, Deceased. CYNTHIA J. L. THARAUD, Individually and as Executrix of JOHN E. LOVELOCK, Deceased, Appellant; WILLIAM G. JAMES, Individually and as Executor of JOHN E. LOVELOCK, Deceased, et al., Respondents.— Appeal (1) from a decree

of the Surrogate's Court, Kings County, entered November 5, 1958, vacating an order of said court entered November 18, 1952 and granting letters of trustee-ship to respondent James and to appellant, and (2) from so much of a decree of said court entered February 17, 1959 settling appellant's account as imposed a surcharge and as failed to remove respondent James as a coexecutor. Decree entered November 5, 1958, and decree entered February 17, 1959 insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.